RIVER EDGE SAVINGS & LOAN ASSOCIATION v.
HOLIDAY LAKE, INC.

June 3, 1981.

Petition for certification denied. (See 178 *N.J.Super.* 177)

STATE OF NEW JERSEY v. THOMAS DEMARKS.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LEON HOLMES.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK L. BOWERS.

June 3, 1981.

Petition for certification denied.